RECEIVED CLERK'S OFFICE

2010 MAR 24 A 10: 01

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Thomas Pelzer, #311633, )  C. A. No. 2:09-2559-MBS-RSC
)
       Plaintiff, )
)
  -versus- ) **REPORT AND RECOMMENDATION**
)
Leroy Cartledge, T. Holliday, )
Ms. McBride, Ms. Freeman, and )
Jon Ozmint, )
)
       Defendants. )

On February 25, 2010, the plaintiff filed a Notice of Voluntary Dismissal in this action. The defendants have not filed an objection to this motion.

It is therefore recommended that this action be dismissed with prejudice.

Respectfully Submitted,

Robert S. Carr
United States Magistrate Judge

Charleston, South Carolina
March 24, 2010